service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BEVERLY C. COBB, Respondent, v. FREDERICK E. GRAY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and deny the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ZEITSEFF, Appellant.— Judgment reversed and a new trial ordered, on the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ZEITSEFF, Appellant.— Appeal dismissed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALTON DAIRY COMPANY, INC., Respondent, v. TIETJEN & STEFFEN CO., INC., and Others, Defendants, and BARNETT METZGER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CALDWELL & CO., INC., Appellant, v. THE ROYAL BANK OF CANADA, Respondent, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HERMAN E. RIDDELL, as Ancillary Executor, etc., of A. G. RHODES, Deceased, Respondent, v. WILLIAM BLOOM, Individually or in the Alternative, as Trustee for TROPICAL AMERICA REALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY BEACH MURDOCK, Respondent, v. REA ALLEN MURDOCK, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN J. BENSKY, Appellant, v. WARDEN OF THE CITY PRISON and Others, Respondents.*— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes to sustain the writ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of SCHWARTZ GRAIN CO., INCORPORATED, for an Order Directing Superintendent of Banks to Pay Certain Funds.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HUGH MONTAGUE and Others, Appellants, v. THOMAS F. COONEY and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DON MCDONALD, Appellant, v. BELT LINE RAILWAY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

* Revd., 258 N. Y. 55.